UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARIA WU,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE BOEING COMPANY, an unknown entity, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. SACV11-1039 DOC (ANx)<br><br>**Judge:** Hon. David O. Carter<br><br>[~~PROPOSED~~] JUDGMENT [JS-6]<br><br>Action Filed: March 1, 2011<br>Trial Date: October 23, 2012 |

This action came on for hearing before the Court on August 20, 2012, before the Honorable David O. Carter upon the Motion for Summary Judgment or in the Alternative, Partial Summary Judgment (the "Motion") by Defendant The Boeing Company ("Defendant" or "Boeing"). The evidence presented having been fully considered, the issues having been duly heard, including the argument of counsel, and a decision having been duly rendered [Doc. #34],

1 **IT IS ORDERED AND ADJUDGED** that Judgment be and is hereby
2 entered in favor of Boeing, that Plaintiff Maria Wu take nothing,
3 that the action be dismissed with prejudice on the merits, and
4 that Boeing recover its reasonable costs.
5     **IT IS SO ORDERED.**
6
7 DATED: ~~September~~, 2012.
    October 4
8
                                            THE HONORABLE DAVID O. CARTER
9                                             UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] JUDGMENT